Stevens *v*. The State.

to render judgment in favor of the defendant for the amount found due him by the jury.

*George Gardner* and *F. J. Mattler*, for the appellant.

———————— ◆◆◆ ————————

## COX *v*. MATTHEWS *et al*.

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, for the reasons given in *Headley* v. *Matthews et al.*, 19 Ind. 222—the questions arising in the record of each case being similar.

The judgment is reversed, with costs.

*Daniel Mace*, for the appellant.

———————— ◆◆◆ ————————

## STEVENS *v*. THE STATE.

APPEAL from the *St. Joseph* Circuit Court.

*Per Curiam.*—The only error assigned on the original transcript in this case, is shown to have no foundation in point of fact by the perfected record.

The judgment is affirmed.

*McDonald & Roache*, for the appellant.

*Oscar B. Hord*, Attorney General, for the State.